IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIFFANY SORENSON, etc., et al.,

     Plaintiffs,

  v.                             CIV. NO. S-06-2674 DFL DAD

PETSMART, INC., et al.,

     Defendants.
_____/    <u>RELATED CASE ORDER</u>

MAIDA L. ENABNIT, etc., et al.,

     Plaintiffs,

  v.                             CIV. NO. S-07-165 LKK EFB

PETSMART, INC., etc., et al.,

     Defendants.
_____/

    Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 83-123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to effect a substantial savings of judicial effort and is also likely to be

1 convenient for the parties.

2 　　　The parties should be aware that relating the cases under
3 Local Rule 83-123 merely has the result that these actions are
4 assigned to the same judge and magistrate judge; no consolidation
5 of the actions is effected.  Under the regular practice of this
6 court, related cases are generally assigned to the judge and
7 magistrate judge to whom the first filed action was assigned.

8 　　　IT IS THEREFORE ORDERED that the action denominated CIV. NO.
9 S-07-165 LKK EFB be reassigned to Judge David F. Levi and
10 Magistrate Judge Dale A. Drozd for all further proceedings, and
11 any dates currently set in this reassigned case only are hereby
12 VACATED.  The parties are referred to the attached Order
13 Requiring Joint Status Report.  Henceforth, the caption on
14 documents filed in the reassigned case shall be shown as CIV. NO.
15 S-07-165 DFL DAD.

16 　　　IT IS FURTHER ORDERED that the Clerk of the Court make
17 appropriate adjustment in the assignment of civil cases to
18 compensate for this reassignment.

19 　　　IT IS SO ORDERED.
20 DATED:  3/8/2007

21
22
23 　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　DAVID F. LEVI
24 　　　　　　　　　　　　　　　　　United States District Judge
25
26

2