# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY SORENSON, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>PETSMART, INC. and DOES 1-10<br><br>　　　　　　　Defendant. | Case No. 2:06-CV-02674-JAM-DAD<br><br>**ORDER CONTINUING HEARING DATE RE: MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>[Filed Concurrently with Stipulation to Continue Hearing Date Re Motion for Final Approval of Class Action Settlement] |

　　　Based on the stipulation by the parties and good cause having been shown, the hearing date for Plaintiff's motion for final approval of the class action settlement is continued from November 19, 2008, to December 3, 2008, at 9:00 a.m.

Dated: September 19, 2008　　　　　　　/s/ John A. Mendez
_____　　　　　　　　　　HON. JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

DB2/20838736.1

Morgan, Lewis &
Bockius LLP
Attorneys At Law
Los Angeles

PDF created with pdfFactory trial version www.pdffactory.com